IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MICHAEL PENSON, | § § § | |
| Petitioner, | § | |
| VS. | § | CIVIL NO. 2:16-CV-403 |
| | § | |
| WARDEN, FCI THREE RIVERS, | § § § | |
| Respondent. | § | |

## ORDER

The Court has before it Respondent's Motion to Dismiss (Dkt. No. 7), the Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was referred (Dkt. No. 11), and Petitioner's objections to the M&R (Dkt. No. 12).

After independently considering the M&R, Petitioner's objections, the record, and applicable law, the Court **OVERRULES** Petitioner's objections (Dkt. No. 12) and **ADOPTS** the M&R (Dkt. No. 11). Accordingly, this Court **GRANTS** Respondent's Motion to Dismiss (Dkt. No. 7) and **DISMISSES** the above-captioned action. Final Judgment will be entered separately in accordance with Federal Rule of Civil Procedure 58.

SIGNED this 24th day of January, 2018.

_____
Hilda Tagle
Senior United States District Judge